**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                             **CASE NO. 3:17cr98-MCR**

**MARCUS ANDRE ROBINSON,**

    **Defendant.**
_____/

## ORDER

On January 16, 2018, an evidentiary hearing was held on Defendant's Motion to Suppress, ECF No. 22. After hearing the evidence presented and the parties' arguments, the Court denied the motion in open court based on findings and reasoning as stated on the record. In addition, to the extent the Court's oral recitation omitted this, the Court also finds that based on all the circumstances and the evidence found in Defendant's home, William Powell would have sought a search warrant for the locked safe, even in the absence of any allegedly false or reckless statements regarding the ownership or contents of the safe.

Accordingly, for reasons stated on the record at the hearing and as supplemented in this Order, Defendant's Motion to Suppress, ECF No. 22, is **DENIED.**

**DONE AND ORDERED** this 16th day of January 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**